UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

           -against-

SAADI AHMAD,

                        Defendant.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Mag. No. 06 MAG 1789

TO:        CLERK OF COURT, S.D.N.Y.

SIR:      YOU ARE HEREBY NOTIFIED THAT I WAS RETAINED TO APPEAR FOR
THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.  I
WAS ADMITTED TO PRACTICE IN THIS COURT IN OCTOBER OF 1998.

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A
CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE
COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR
THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:    NEW YORK, NEW YORK
February 6, 2007

_____
Gary J. Lesser
Law Offices of Semmel & Lesser, LLP
Attorneys for Defendant
20 Vesey Street, Suite 1200
New York, NY 10007
(212) 406-6000