**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - x

UNITED STATES OF AMERICA, :

— v. — :  **NOTICE OF INTENT TO**
**FILE AN INFORMATION**
SAADI AHMAD, :

Defendant. :   06 May. 1789

- - - - - - - - - - - - x   **07 CRIM. 324**

Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:   New York, New York
April 10, 2007

MICHAEL J. GARCIA
United States Attorney

By: _____
Harry A. Chernoff
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Gary Lesser, Esq.
Attorney for SAADI AHMAD

JUDGE LYNCH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/07

4/12/07 WHEEL A