UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                     :         07 Cr.

SAADI AHMAD,                       :

          Defendant.          :
- - - - - - - - - - - - - - - x

JUDGE LYNCH

07 CRM 324

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 2320, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
      April 18, 2006

0202